**Order entered July 18, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00506-CV

**FITNESS EVOLUTION, LP, ET AL., Appellants**

**V.**

**HEADHUNTER FITNESS, LLC, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00529-2010**

## ORDER

We **GRANT** appellants' July 12, 2013 unopposed second motion for an extension of time to file a brief. Appellants shall file their brief on or before September 2, 2013.


/s/     CAROLYN WRIGHT
         CHIEF JUSTICE